IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-151 |
| | § | |
| JOSE AVILES-VILLA, | § | |
| | § | |
| Defendant. | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 106). The motion for continuance is GRANTED. The sentencing hearing is reset to **September 4, 2014 at 9:00 a.m.**

SIGNED on July 10, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge